*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-11-00279-CR

**IN RE** Richard **LOPEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:  May 18, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On April 14, 2011, relator filed a petition for writ of mandamus, seeking relief from the trial court's denial of relator's "Application for Writ of Habeas Corpus Seeking Relief from Double Jeopardy." However, in order to obtain a petition for writ of mandamus in a criminal proceeding, relator must establish: (1) the act sought to be compelled is ministerial rather than discretionary in nature, and (2) there is no adequate remedy at law. *Dickens v. Second Court of Appeals*, 727 S.W.2d 542, 548 (Tex. Crim. App. 1987). Relator has failed to establish he lacks an adequate remedy by appeal. An immediate appeal from the denial of relief in a habeas corpus proceeding regarding a double jeopardy claim is permitted. *Greenwell v. Court of Appeals for*

---

[1] This proceeding arises out of Cause No. 2009-CR-5395, styled *State of Texas v. Richard Lopez*, in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

*Thirteenth Judicial Dist.*, 159 S.W.3d 645, 650 (Tex. Crim. App. 2005). Accordingly, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH